**THOMAS K. GODFREY**
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Federal Courthouse
2601 2nd Avenue North, Box 3200
Billings, MT  59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
E-mail:  Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

FEB 22 2018

Clerk, U.S. Courts
District Of Montana
Billings Division



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GARY DUKE CARLSON, <br><br> Defendant. | CR 18- 15 -BLG- SPW <br><br> **INDICTMENT** <br><br> **ASSAULT OF A DATING PARTNER BY STRANGULATION** <br> (Count I) <br> Title 18 U.S.C. §§ 1153 and 113(a)(8) <br> (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) <br><br> **ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY TO A DATING PARTNER** <br> (Count II) <br> Title 18 U.S.C. §§ 1153 and 113(a)(7) <br> (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That on or between May 15, 2017 and May 31, 2017, at Pryor, in the State and District of Montana, and on and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, GARY DUKE CARLSON an Indian person, assaulted C.N., an Indian person and a dating partner of GARY DUKE CARLSON, by strangling C.N., in violation of 18 U.S.C. §§ 1153 and 113(a)(8).

## COUNT II

That on or about June 22, 2017, at Pryor, in the State and District of Montana, and on and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, GARY DUKE CARLSON an Indian person, intentionally assaulted C.N., an Indian person and a dating partner of GARY DUKE CARLSON, resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(7).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons
Warrant: ✓
Bail:

2