IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

MAY 18 2018

Clerk, US District Court
District of Montana - Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GARY DUKE CARLSON,

Defendant.

CR 18-15-BLG-SPW

ORDER

Defendant having filed a Motion to Change Plea (Doc. 15) on May 17, 2018,

IT IS HEREBY ORDERED that the trial set for June 25, 2018 is

**VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for

**Wednesday, June 20, 2018 at 9:30 a.m.** in the James F. Battin U.S. Courthouse,

Billings, Montana, at which time the court will consider his motion to change his

plea of not guilty to a plea of guilty.   The time between May 17, 2018 and June

20, 2018 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this _17_ day of May, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1